IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

JAMES RAY CHAMBERS,
   Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,
   Defendant.

CIVIL ACTION FILE
NO. 1:11-CV-2412-TWT

## ORDER

This is an action to review the decision of the Commissioner denying the Plaintiff's application for Social Security disability benefits. It is before the Court on the Report and Recommendation [Doc. 18] of the Magistrate Judge recommending affirming the decision of the Commissioner. No objections to the Report and Recommendation have been filed. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, there was substantial evidence to support the finding of the ALJ that the Plaintiff was capable of performing past relevant work. The decision of the Commissioner is AFFIRMED. This action is dismissed.

T:\ORDERS\11\Chambers\r&r.wpd

SO ORDERED, this 6 day of February, 2013.

                                          /s/Thomas W. Thrash  
                                          THOMAS W. THRASH, JR.  
                                          United States District Judge